**Order entered January 3, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00687-CV

### IN RE GAYLE RENE ROGERS GARCIA, Relator

**Original Proceeding from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-16977**

## ORDER

Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of habeas corpus.

We **VACATE** our amended order of June 21, 2019, granting temporary relief and ordering relator Gayle Rene Rogers Garcia be released from the custody of the Sheriff of Dallas County, Texas where she was held under the Commitment Order and "Order Enforcing Child Support and Medical Support Obligation With Commitment" dated May 3, 2019, issued by the Honorable Kim Cooks, Presiding Judge of the 255th Judicial District Court of Dallas County, Texas in cause number DF-14-16977.

/s/     BILL PEDERSEN, III
        JUSTICE